IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT NIGRO,<br><br>   Plaintiff,<br><br>vs.<br><br>NEBRASKA HOME HEALTH - OPCO, LLC, NEBRASKA HOME NURSING - OPCO, LLC, HOME NURSING WITH HEART PC, and JULIE LAUGHLIN,<br><br>   Defendants. | 8:20CV256<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 63). The Court being advised in the premises finds that such an Order is proper.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party responsible for his/her/its own costs and fees.

  Dated this 19th day of May, 2022.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge